BUSCH'S KREDIT JEWELRY Co., INC., Respondent, v. ROMAN SOMMERS, Defendant, Impleaded with HARRY ZIMS, Appellant, Copartners Doing Business under the Firm Name and Style "SOMMERS-ZIMS Co."— Order denying motion of defendant-appellant to vacate or modify plaintiff's notice of examination before

trial unanimously affirmed, with twenty dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Martin, P. J., McAvoy, O'Malley, Glennon and Cohn, JJ.